**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

JESSE TETLOW,

                  Plaintiff,

             -v-                                         6:25-CV-1298 (AJB/ML)

SOUTHSIDE MALL *et al.*,

                  Defendants.

_____

**APPEARANCES:**                              **OF COUNSEL:**

JESSE TETLOW
Plaintiff, Pro Se
169 Main Street, Apt. 3C
Oneonta, NY 13820

**Hon. Anthony Brindisi, U.S. District Judge:**

### ORDER ON REPORT & RECOMMENDATION

On September 16, 2025, *pro se* plaintiff Jesse Tetlow ("plaintiff") filed this 42 U.S.C. § 1983 action alleging that defendants violated his civil rights.  Dkt. No. 1.  Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application").  Dkt. No. 2.

On April 23, 2026, U.S. Magistrate Judge Miroslav Lovric granted plaintiff's IFP Application and, after an initial review of the pleading, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend.  Dkt. No. 5.

Plaintiff has not lodged objections, and the time period in which to do so has expired.  *See* Dkt. No. 5.  Upon review for clear error, the R&R is accepted and will be adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 5) is ACCEPTED;

2.  Plaintiff's complaint (Dkt. No. 1) is DISMISSED with leave to amend;

3.  Plaintiff shall have thirty (30) days in which to file an amended complaint that conforms with the instructions set forth in Judge Lovric's R&R;

4.  If plaintiff timely files an amended complaint, the Clerk is directed to REFER the file to Judge Lovric for further action as appropriate; and

5.  If plaintiff does not timely file an amended complaint, the Clerk is directed to enter a judgment dismissing this action and close the file without further Order of the Court.

The Clerk of the Court is directed to terminate the pending motion and set a deadline accordingly.

**IT IS SO ORDERED.**

Dated:  May 18, 2026
        Utica, New York.

Anthony J. Brindisi
U.S. District Judge